UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI, DIVISION

In re:                                              :      CASE NO.: 19-26388-LMI
                                                    :
ALEXEI A. MARQUEZ,                                  :
                                                    :      CHAPTER 7
                                                    :
_____Debtors._____/

### CHAPTER 7 TRUSTEE'S EX PARTE MOTION TO DISMISS CASE

COMES NOW Robert A. Angueira (hereinafter the "Trustee"), files this Ex Parte Motion to Dismiss Case for Failure by the Debtors to Appear at the First Meeting of Creditors, and in support, states as follows:

1. A first meeting of creditors was scheduled in this case on January 8, 2020.

2. The Debtors failed to appear at the first meeting of creditors as required by 11 U.S.C. §343.

The Trustee respectfully request that this Court enter an order dismissing this case pursuant to Local Rule 1017-2(B)(1).

Respectfully submitted on this __13__ day of January, 2020.

ROBERT A. ANGUEIRA
Chapter 7 Trustee
16 SW 1st Avenue
Miami, FL 33130
Tel. (305) 263-3328
e-mail trustee@rabankruptcy.com

By _____
ROBERT A. ANGUEIRA
Chapter 7 Trustee
Florida Bar No. 0833241

Case No.: 19-26388-LMI

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 13 day of January, 2020, to all parties on the enclosed mailing matrix.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 13 day of January, 2020, to:

- Robert A Angueira    trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com

- Robert Sanchez, Esq court@bankruptcyclinic.com, r51375@notify.bestcase.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

ROBERT A. ANGUEIRA
Chapter 7 Trustee
16 SW 1st Avenue
Miami, FL 33130
Tel. (305) 263-3328
e-mail trustee@rabankruptcy.com

By _____
ROBERT A. ANGUEIRA
Chapter 7 Trustee
Florida Bar No. 0833241

2

Case 19-26388-LMI
Southern District of Florida

Credit One Bank
Attn: Bankruptcy
Po Box 98873
Las Vegas, NV 89193-8873

Maria A Franco
6885 W 7th Avenue #903
Hialeah, FL 33014-4800

Verizon Wireless
Attn: Verizon Wireless Bankruptcy Admini
500 Technology Dr, Ste 550
Weldon Spring, MO 63304-2225

Alexei A Marquez
4658 Palm Avenue
Hialeah, FL 33012-4036

Account Resolution Services
Attn: Bankruptcy
Po Box 459079
Sunrise, FL 33345-9079

Department of Revenue
State Disbursement Unit
POB 8500
Tallahassee, FL 32314-8500

Zurich American Insurance Company of Illinois
1400 American Lane Corporate Law
Schaumburg, IL 60196-0001

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256-7412

Top Asset Solutions,
10005 Nw 21st St
Doral, FL 33172-2503

Zurich American Insurance Companyas as Subrogee for Miami Air Mechanical Inc
c/o Steven J. Jacobson, Esq.
5701 N. Pine Isaland Rd. #320
Fort Lauderdale, FL 33321-4400

